IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MID-SOUTH MILL SUPPLY LLC**                                                                   **PLAINTIFF**

v.                              Case No. 4:21-cv-01182-KGB

**UNITED STATES OF AMERICA**                                                                    **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Mid-South Mill Supply LLC's complaint is dismissed with prejudice (Dkt. No. 1). The Court denies the requested relief.

So adjudged this 25th day of September, 2023.

_____
Kristine G. Baker
United States District Judge